# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KONIKOWSKI and, TARA KONIKOWSKI, husband and wife, | CIVIL ACTION NO. 3:15-cv-02001 |
| Plaintiffs, | |
| v. | (SAPORITO, M.J.) |
| SPECIALTY RETAILERS, INC. and MAVERICK COMPANIES, INC. and SUNRISE OF MYRTLE BEACH, INC. D/B/A SUNRISE CARPETS, | |
| Defendants. | |

## ORDER

AND NOW, this 26th day of September, 2018, upon consideration of the motion for summary judgment filed by defendant Specialty Retailers, Inc. (Doc. 56) and the submission of the parties, IT IS HEREBY ORDERED that the motion is DENIED.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE

Dated: September 26, 2018