IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KONIKOWSKI and, TARA KONIKOWSKI, husband and wife, <br><br>Plaintiffs, <br><br>v. <br><br>SPECIALTY RETAILERS, INC. and MAVERICK COMPANIES, INC. and SUNRISE OF MYRTLE BEACH, INC. D/B/A SUNRISE CARPETS, <br><br>Defendants. | CIVIL ACTION NO. 3:15-cv-02001 <br><br>(SAPORITO, M.J.) |

# ORDER

AND NOW, this 3rd day of May 2019, for the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that the motion for reconsideration (Doc. 66) filed by the defendant, Specialty Retailers, Inc., is GRANTED.

IT IS FURTHER ORDERED that our order (Doc. 64) denying the motion for summary judgment filed by Specialty Retailers is VACATED and by this order the motion for summary judgment (Doc. 56) is GRANTED as to the issue of entitlement of attorney's fees and costs only, the amount, if any, shall be determined in a separate proceeding.

IT IS FURTHER ORDERED that a telephone conference with counsel to discuss the scheduling of this matter for a hearing is set for Wednesday, May 8, 2019, at 10:00 a.m. The court shall initiate the call.

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: May 3, 2019